FILED
2006 Sep-19 AM 10:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| STEVEN TROY HAMPEL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No.: 3:05-cv-2156-IPJ-RRA<br>LAUDERDALE COUNTY DETENTION )<br>CENTER, OFFICER ALLISON, OFFICER )<br>ROUSH )<br>)<br>Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 7, 2006, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted, or seeking monetary relief from a defendant who is immune under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on August 17, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, or seeking monetary relief from a defendant who is immune pursuant to 28 U.S.C. § 1915A(b). A final order will be entered.

DATED this 18th day of September 2006.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE